UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 27  PM 3: 22

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC. a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| STEPHANIE DUPLANTIS, | ) ) ) |
| Defendant. | ) ) |

CIVIL ACTION
NO. 2:07-cv-01028-SRD-DEK

JUDGE Stanwood R. Duval, Jr.

MAGISTRATE JUDGE
Daniel E. Knowles, III

ORDER

Motion and Order to Set Aside Default dated May 30, 2007, was answered and mailed to James P. Reid, Gardere Wynne Sewell, LLP, as per their request on the Summons. (Exhibit "A")

JUDGE STANWOOD R. DUVAL, JR.

DATE: 6 - 4 -07

New Orleans, Louisiana

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____